UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANTHONY GASTON HARRELL, III ,

    Plaintiff,

v.    Case No.  8:22-cv-20-WFJ-AEP

KATHERINE K. FERNANDEZ, *et al.*,

    Defendants.
_____/

**ORDER**

    THIS CAUSE comes before the Court on Plaintiff's handwritten document, used to initiate this case, which he describes as "a motion to compel the U.S. Courts decisional opin[ion]" (Doc. 1 at 1).  Plaintiff is currently in the custody of the Hillsborough County Jail and proceeds in this action *pro se*.

    Although the document is largely unintelligble, Plaintiff appears to sue a judge, prosecutors, and defense counsel, as well as unnamed "agents, accessories, companies, others" (Doc. 1 at 1) in relation to his arrest in Hillsborough County (Doc. 1 at 4). However, his allegations are not clear, the Court cannot discern the relief he seeks, and he has failed to use a standard complaint form, as required by Local Rule 6.04(a), M.D. Fla.

    Therefore, this case will be dismissed without prejudice to give Plaintiff the opportunity to properly file a civil rights complaint, habeas petition, or other complaint using a standard form and to either pay the filing fee or move to proceed *in forma pauperis*.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. This case is **DISMISSED** without prejudice.

2. The Clerk is directed to enter judgment accordingly and **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida on March 30, 2022.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE