UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANTHONY GASTON HARRELL, III ,
    Plaintiff,

v.                                                            Case No.  8:22-cv-20-WFJ-AEP

KATHERINE K. FERNANDEZ, et al.,
    Defendants.
_____/

**ORDER**

On March 30, 2022, the Court dismissed without prejudice and closed this case to afford Plaintiff the opportunity to file a civil rights complaint, habeas petition, or other complaint using a standard form and to either pay the filing fee or move to proceed *in forma pauperis*. (Doc. 3). Plaintiff has now filed what appears to be another complaint (Doc. 5), and, once again, his allegations are unintelligible, and he did not use the standard form as required by Local Rule 6.04(a), M.D. Fla.

Upon consideration, the amended complaint (Doc. 5) is **STRICKEN** and this case remains closed.  If Plaintiff desires to proceed on his claims he must file (in a new case with a new case number) a complaint or other pleading using a standard form.  The clerk is directed to send to Plaintiff a prisoner civil rights complaint form along with this order.

**DONE** and **ORDERED** in Tampa, Florida on May 9, 2022.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE